JON WALLACE UPTON  46089
CHRISTOPHER E. SEYMOUR  126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for **Defendant/Cross-Defendant,**
**NEW LEAF TREE FRUIT, LLC**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

* * *

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | Case No.: **CIV-F-03-6374 REC LJO** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING ON UNIMARK FOODS, INC.'S MOTION TO DETERMINE VALIDITY OF ITS PACA TRUST CLAIM** |
| CONTINENTAL FOOD GROUP, LLC, limited liability company; KI THOMPSON, an individual; LIONEL R. GUZMAN, an individual; NEW LEAF TREE FRUIT, LLC, a limited liability company, | |
| Defendants. | Date:  June 6, 2005<br>Time:  1:30 p.m.<br>Ctrm:  1 (Judge Coyle) |
| AND RELATED CROSS-ACTIONS. | |

**WHEREAS**, Unimark Foods, Inc.'s Motion To Determine Validity Of Its PACA Trust Claim is set for hearing on April 4, 2005 at 1:30 p.m. in Courtroom 1.

**WHEREAS,** the hearing on Unimark Foods, Inc.'s Motion was previously continued from March 4, 2005 to April 4, 2005, at the request of New Leaf to acquire additional evidence to oppose the Motion;

**WHEREAS,** the hearing on Unimark Foods, Inc.'s Motion was previously continued from April 4, 2005 to June 6, 2005, for the parties to conduct discovery;

**WHEREAS,** the parties are engaged in settlement discussions whereby the amount of

---

1

**STIPULATION AND ORDER TO CONTINUE HEARING ON UNIMARK FOODS, INC.'S MOTION TO DETERMINE VALIDITY OF ITS PACA TRUST CLAIM**

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA 93792-9489

PDF created with pdfFactory trial version www.pdffactory.com

1  Unimark's claim would be agreed to as part of a global settlement agreement covering all claims
2  in this action;
3      **IT IS HEREBY STIPULATED** by and between the movant and the objecting parties
4  that the hearing on Unimark Foods, Inc.'s Motion To Determine Validity Of Its PACA Trust
5  Claim, currently scheduled for June 6, 2005 at 1:30 p.m. in Courtroom 1 of the United States
6  District Court, Eastern District of California, Fresno Division, be continued to July 11, 2005.
7  Opposition and reply dates shall be as set forth in Local Rule 78-230, calculated from the new
8  hearing date.

9      Dated: May ___, 2005.        Kimble, MacMichael & Upton
10                                                   By:____/s/ Christopher E. Seymour
11                                                        Christopher E. Seymour
12     Dated: May ___, 2005.        Choate & Choate
13                                                   By:___/s/ Bradley L. Cornell_
14                                                        Bradley L. Cornell
15     Dated: May ___, 2005.        Rynn & Janowsky
16                                                   By:___/s/ Bart M. Botta_____
17                                                    Bart M. Botta

18 ## ORDER
19     Having read and considered the above stipulation and good cause appear therefore,
20     **IT IS ORDERED** that Unimark Foods, Inc.'s Motion To Determine Validity Of Its
21 PACA Trust Claim, currently scheduled for June 6, 2005 at 1:30 p.m., be continued to July 11,
22 2005, at 1:30 p.m. in Courtroom 1 of the United States District Court, Eastern District of
23 California, Fresno Division. Opposition and reply dates shall be as set forth in Local Rule 78-
24 230, as calculated from the new hearing date.

25     Dated: May _18__, 2005.        __/s/ROBERT E.. COYLE
26                                                Honorable Robert E. Coyle
                                               United States District Court Judge

27 986905.90.202.STIP10505.3
28

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2

**STIPULATION AND ORDER TO CONTINUE HEARING ON UNIMARK FOODS, INC.'S
MOTION TO DETERMINE VALIDITY OF ITS PACA TRUST CLAIM**

PDF created with pdfFactory trial version www.pdffactory.com