1
2
3
4          **IN THE UNITED STATES DISTRICT COURT**

5          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7   FOUR SEASONS PRODUCE, INC.,                CASE NO. CV-F-03-6374 LJO
                                               New Case Number
8                    Plaintiff,
                                               _____ **ORDER TO SIGN AND RETURN**
9        vs.                                   **MAGISTRATE JUDGE CONSENT FORM**

10  CONTINENTAL FOOD GROUP, et al,

11                   Defendant.
    _____/
12

13          The parties' counsel indicated they consent to the conduct of all further proceedings, including

14  trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to

15  obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which

16  is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm.  This

17  Court further ORDERS the parties' counsel, no later than July 15, 2005 to sign and date the consent

18  form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J.

19  O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

20          **The new case number shall be CV F 03-6374 LJO.  All further papers shall bear the new**

21  **case number.**

22  IT IS SO ORDERED.

23  **Dated:    June 16, 2005**            _____ **/s/ Lawrence J. O'Neill** _____
    b9ed48                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                           1