# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC., | CASE NO. CV-F-03-6374 LJO |
| Plaintiff, | |
| vs. | **ORDER ON ORAL STIPULATION WITHDRAWING OBJECTION** |
| CONTINENTAL FOOD GROUP, et al, | |
| Defendant. | |

This Court conducted a June 15, 2005 scheduling conference. At the scheduling conference, counsel Mike Farley, as counsel for Defendants Continental Food Group, LLC, Ki Thompson, and Lionel Guzman, stipulated to withdraw the objection to the claim of Plaintiff-in-Intervention James Abbate d/b/a Pacific Sales Company (Doc 96). Accordingly, the answer of Continental Food Group, LLC, Ki Thompson, and Lionel Guzman will be due according to the timeline set in this Court's June 17, 2005 Scheduling Conference Order. (Doc. 106.)

IT IS SO ORDERED.

**Dated:  June 20, 2005**                    **/s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES MAGISTRATE JUDGE