BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953

Attorneys for PACA Claimant/Plaintiffs in Intervention
UNIMARK FOODS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. a Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL FOOD GROUP, LLC., a limited liability company; KI THOMPSON, an individual; LIONEL R. GUZMAN, an individual; NEW LEAF TREE FRUIT, LLC, a limited liability company,<br><br>Defendants. | CASE NO.  CIV-F-03-6374 LJO<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DETERMINE VALIDITY OF PACA TRUST CLAIM OF UNIMARK FOODS; [PROPOSED] ORDER THEREON** |
| AND RELATED CROSS-ACTIONS | Date:  July 11, 2005<br>Time:  1:30 p.m.<br>Courtroom:  1 (Judge Coyle) |

   **WHEREAS**, UNIMARK FOODS ("UniMark") filed its Motion to Determine the Validity of its PACA Trust Claim in this action pursuant to the August 16, 2004 Stipulated Injunction Order; and

   **WHEREAS**, the hearing on UniMark's motion is currently scheduled for July 11, 2005;

   **WHEREAS**, certain parties filed objections to the PACA trust claim of UniMark;

**WHEREAS**, the parties have engaged in, and are continuing to engage in settlement negotiations that will resolve all objections to UniMark's PACA claim and negate the need to hold a hearing;

**WHEREAS**, the parties are very close to a full settlement, but a settlement cannot be finalized because part of the settlement depends on the timing of the distribution to Continental Food Group, LLC, a Defendant in this case, from the litigation currently pending in the United States District Court, Southern District of New York, *Continental Food, et al. v. P.J. Produce, Inc., et al.,* Case No. 1:03-cv-07101, which should be decided soon;

**WHEREAS**, the parties believe the convenience of the parties and judicial economy will be furthered by postponing the hearing on the motion to determine the validity of UniMark's PACA claim for a period of at least six (6) months, and continuing all corresponding objection and reply dates based on the new hearing date.

**IT IS HEREBY STIPULATED**, by, between and among the parties hereto, that the hearing on UniMark's motion to determine the validity of its PACA claim is continued for a period of at least six (6) months, to any day on or after December 30, 2005, and that all corresponding objection and reply dates be likewise continued based on the continued hearing date and Local Rule 78-230.

<u>IT IS SO STIPULATED.</u>

Dated: _____, 2005                           CHOATE & CHOATE

 

                                                            BRADLEY L. CORNELL
                                                            Counsel for Plaintiffs
                                                            Four Seasons Produce, Inc., *et al.*

**[SIGNATURES CONTINUED ON NEXT PAGE]**

Dated: _____, 2005            FARLEY LAW FIRM

                                          _____
                                          MICHAEL L. FARLEY
                                          Counsel for Defendants
                                          Continental Food Group, LLC, *et al.*

Dated: _____, 2005            KIMBLE, MACMICHAEL & UPTON

                                          _____
                                          CHRISTOPHER E. SEYMOUR
                                          Counsel for Defendant New Leaf Tree Fruit
                                          Company, Inc.

Dated: _____, 2005           RYNN & JANOWSKY, LLP

                                          _____
                                          BART BOTTA
                                          Attorney for UniMark Foods, Inc.

Dated: _____, 2005           ROJAS, SANTOS, STOKES & GARCIA

                                          _____
                                          CRAIG A. STOKES
                                          Counsel for Intervenors
                                          Citricos Cortes, SPR de RI, *et al.*

Dated: _____, 2005            LEDFORD LAW CORPORATION

                                          _____
                                          MERL LEDFORD, III
                                          Counsel for Euro-Pacific Fruit Export, Inc.

Dated: _____, 2005            MEUERS LAW FIRM

                                                          LAWRENCE H. MEUERS  
                                                          Counsel for DNE World Fruit Sales a dba of  
                                                          Bernard Egan & Company

**[SIGNATURES CONTINUED ON NEXT PAGE]**

Dated: _____, 2005          TYRE KAMINS KATZ GRANOF MENES

                                    _____
                                    ALAN J. COHEN
                                    Counsel for James Abbate dba Pacific Sales Co.

### **ORDER**

Having read and considered the foregoing Stipulation, and good cause appearing, therefore,

IT IS HEREBY ORDERED that the hearing on UniMark's Motion to Determine Validity of its PACA claim is continued for at least six (6) months until January 13, 2006, and that all corresponding objection and reply dates are likewise continued as set forth in Local Rule 78-230, calculated from the new hearing date.

IT IS FURTHER HEREREBY ORDERED that the hearing currently set for Unimark's motion on July 11, 2005 is to be taken off calendar.

IT IS SO ORDERED.

**Dated:   June 30, 2005**            **/s/ Lawrence J. O'Neill**
66h44d                                 UNITED STATES MAGISTRATE JUDGE