JON WALLACE UPTON  46089
CHRISTOPHER E. SEYMOUR  126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for **Defendant/Cross-Defendant,**
**NEW LEAF TREE FRUIT, LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | Case No.: **CIV-F-03-6374 LJO** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINTS IN INTERVENTION** |
| CONTINENTAL FOOD GROUP, LLC, limited liability company; KI THOMPSON, an individual; LIONEL R. GUZMAN, an individual; NEW LEAF TREE FRUIT, LLC, a limited liability company, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

**WHEREAS**, Plaintiff FOUR SEASONS PRODUCE, INC. initiated this action on October 6, 2003, by filing a Complaint against various Defendants, including NEW LEAF TREE FRUIT, LLC ("NEW LEAF") alleging violations of PACA trust provisions for perishable agricultural commodities purchased from Plaintiff by Defendant CONTINENTAL FOOD GROUP, LLC, and concurrently seeking injunctive relief for preservation of PACA trust assets; and

**WHEREAS**,   receivables of CONTINENTAL FOOD GROUP have been

received and held in trust pursuant to a stipulated preliminary injunction; and

**WHEREAS**, a second amended and restated stipulation for preliminary injunction and order thereon was filed on August 16, 2004, setting forth various deadlines for filing and serving claims, objections and Complaints in Intervention; and

**WHEREAS**, certain parties filed Complaints in Intervention on or before September 24, 2004, pursuant to the Second Amended And Restated Stipulation For Preliminary Injunction And Order; and

**WHEREAS**, the Court had a scheduling conference set for December 15, 2004; and

**WHEREAS**, pursuant to the parties' agreement that convenience of the parties and judicial economy would be furthered by postponing the filing and service of responsive pleadings until after the December 15, 2004 scheduling conference, the Court entered an Order pursuant to Stipulation on December 9, 2004, extending the time for any response to the Complaints in Intervention up to and including January 15, 2005; and

**WHEREAS**, the parties agree that convenience of the parties and judicial economy will be served by further extending the time for defendants to respond to the Complaints in Intervention to August 15, 2005, to accommodate circulation and consideration of a settlement proposal to be circulated by the defendants;

**WHEREAS**, the scheduling order in this action request that pleadings be filed by defendants in response to the intervenors' complaints no later than August 15, 2005.

**IT IS HEREBY STIPULATED** by, between and among the parties hereto, that the time for LIONEL R. GUZMAN, KI THOMPSON and NEW LEAF to respond to the Complaints in Intervention listed in Exhibit "A" attached hereto shall be extended to and including August 15, 2005.

Dated: July ___, 2005.        Kimble, MacMichael & Upton

                              By: /s/ Christopher E. Seymour
                                    Christopher E. Seymour

Dated: July ___, 2005.        Farley Law Firm

By: /s/ Michael Farley
Michael Farley

*Signatures continued on next page…*

Dated: July ___, 2005.    Choate & Choate

By: /s/ Bradley L. Cornell
Bradley L. Cornell

Dated: July ___, 2005.    Rynn & Janowsky

By: /s/ Bart M. Botta
Bart M. Botta

Dated: July ___, 2005.    Ledford Law Corporation

By: /s/ Merle Ledford, III
Merl Ledford, III

Dated: July ___, 2005.    Rojas Santos Stokes & Garcia LLP

By: /s/ Craig A. Stokes
Craig A. Stokes

Dated: July ___, 2005.    Meuers Law Firm, P.L.

By: /s/ Lawrence H. Meuers
Lawrence H. Meuers

Dated: July ___, 2005.    Tyre Kamins Katz Granof & Menes

By: /s/ Alan J. Cohen
Alan J. Cohen

## ORDER

Having read and considered the above stipulation and good cause appearing therefore,

**IT IS ORDERED** that Defendants LIONEL R. GUZMAN, KI THOMPSON and NEW LEAF shall have to and including August 15, 2005 to file and serve responsive pleadings to the Complaints in Intervention listed on Exhibit "A" hereto.

986905.90.202.STIP10105.4

# EXHIBIT "A"

Complaint in Intervention filed by DNE World Fruit Sales dba of Bernard Egan & Company;

Complaint in Intervention of Stevco, Inc. for Violations of the Perishable Agricultural Commodities Act;

Complaint in Intervention by PACA Trust Claimant Euro-Pacific Fruit Export, Inc.;

First Amended Complaint in Intervention for Violations of the Perishable Agricultural Commodities Act, filed by Unimark Foods, Inc.;

Complaint in Intervention filed on behalf of A-W Produce Company;

Complaint in Intervention filed on behalf of Citricos Cortes SPR de RI; and

Complaint filed by Four Seasons Produce in the above-captioned matter.

Complaint in Intervention filed on behalf of JAMES ABBATE dba PACIFIC SALES COMPANY.

\<End of Exhibit\>
IT IS SO ORDERED.

Dated:   **July 15, 2005**                                        **/s/ Lawrence J. O'Neill**
b9ed48                                                                       UNITED STATES MAGISTRATE JUDGE