JON WALLACE UPTON  46089
CHRISTOPHER E. SEYMOUR  126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for **Defendant/Cross-Defendant,**
**NEW LEAF TREE FRUIT, LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | Case No.: **CIV-F-03-6374 LJO** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINTS IN INTERVENTION** |
| CONTINENTAL FOOD GROUP, LLC, limited liability company; KI THOMPSON, an individual; LIONEL R. GUZMAN, an individual; NEW LEAF TREE FRUIT, LLC, a limited liability company, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

**WHEREAS**, Plaintiff FOUR SEASONS PRODUCE, INC. initiated this action on October 6, 2003, by filing a Complaint against various Defendants, including NEW LEAF TREE FRUIT, LLC ("NEW LEAF") alleging violations of PACA trust provisions for perishable agricultural commodities purchased from Plaintiff by Defendant CONTINENTAL FOOD GROUP, LLC, and concurrently seeking injunctive relief for preservation of PACA trust assets; and

**WHEREAS**, the scheduling order in this action required that pleadings be filed

by defendants in response to the intervenors' complaints no later than July 15, 2005.

**WHEREAS**, pursuant to the parties' agreement that convenience of the parties and judicial economy would be furthered by postponing the filing and service of responsive pleadings, the Court entered an Order pursuant to Stipulation on July 15, 2005, extending the time for any response to the Complaints in Intervention up to and including August 15, 2005

**WHEREAS**, the defendants circulated a settlement proposal for consideration by the claimants which would provide for a global settlement based on funds expected to be received by the CFG PACA Trust from litigation in a separate PACA action in New York, in which CFG is a claimant, by December, 2005, which proposal has been accepted by the claimants.

**WHEREAS**, counsel for New Leaf thereafter drafted formal settlement documents and forwarded it to counsel for Thompson and Guzman on September 8, 2005, but has not received formal approval of the agreement as drafted.

**WHEREAS**, the parties agree that convenience of the parties and judicial economy will be served by further extending the time for defendants to respond to the Complaints in Intervention to November 14, 2005, to allow New Leaf, Thompson and Guzman to continue efforts to finalize and have executed, the settlement documents;

**IT IS HEREBY STIPULATED** by, between and among the parties hereto, that the time for NEW LEAF to respond to the Complaints in Intervention listed in Exhibit "A" attached hereto shall be extended to and including November 14, 2005.

Dated: October ___, 2005.        Kimble, MacMichael & Upton

                                 By:__/s/ Christopher E. Seymour
                                        Christopher E. Seymour

Dated: October ___, 2005.        Farley Law Firm

                                 By:__/s/ Michael Farley
                                        Michael Farley

Dated: October ___, 2005.        Choate & Choate

                                  By:__/s/ Bradley L. Cornell
                                       Bradley L. Cornell

*Signatures continued on next page…*

Dated: October ___, 2005.        Rynn & Janowsky

                                  By:__/s/ Bart M. Botta
                                       Bart M. Botta

Dated: October ___, 2005.        Ledford Law Corporation

                                  By:__/s/ Merl Ledford, III
                                       Merl Ledford, III

Dated: October ___, 2005.        Rojas Santos Stokes & Garcia LLP

                                  By:__/s/ Craig A. Stokes
                                       Craig A. Stokes

Dated: October ___, 2005.        Meuers Law Firm, P.L.

                                  By:__/s/ Lawrence H. Meuers
                                       Lawrence H. Meuers

Dated: October ___, 2005.        Tyre Kamins Katz Granof & Menes

                                  By:__/s/ Alan J. Cohen
                                       Alan J. Cohen

## **ORDER**

Having read and considered the above stipulation and good cause appearing therefore,

**IT IS ORDERED** that Defendants LIONEL R. GUZMAN, KI THOMPSON and NEW LEAF shall have to and including November 14, 2005 to file and serve responsive pleadings to the following Complaints in Intervention:

Complaint in Intervention filed by DNE World Fruit Sales dba of Bernard Egan & Company;

Complaint in Intervention of Stevco, Inc. for Violations of the Perishable Agricultural Commodities Act;

Complaint in Intervention by PACA Trust Claimant Euro-Pacific Fruit Export, Inc.;

First Amended Complaint in Intervention for Violations of the Perishable Agricultural Commodities Act, filed by Unimark Foods, Inc.;

Complaint in Intervention filed on behalf of A-W Produce Company;

Complaint in Intervention filed on behalf of Citricos Cortes SPR de RI; and

Complaint filed by Four Seasons Produce in the above-captioned matter.

Complaint in Intervention filed on behalf of James Abbate dba Pacific Sales Company.

IT IS SO ORDERED.

Dated:   **October 14, 2005**                              **/s/ Lawrence J. O'Neill**

66h44d                                                                                UNITED STATES MAGISTRATE JUDGE