JON WALLACE UPTON  46089
CHRISTOPHER E. SEYMOUR  126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for **Defendant/Cross-Defendant,**
**NEW LEAF TREE FRUIT, LLC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | Case No.: **CIV-F-03-6374 LJO** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINTS IN INTERVENTION** |
| CONTINENTAL FOOD GROUP, LLC, limited liability company; KI THOMPSON, an individual; LIONEL R. GUZMAN, an individual; NEW LEAF TREE FRUIT, LLC, a limited liability company, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

**WHEREAS**, Plaintiff FOUR SEASONS PRODUCE, INC. initiated this action on October 6, 2003, by filing a Complaint against various Defendants, including NEW LEAF TREE FRUIT, LLC ("NEW LEAF") alleging violations of PACA trust provisions for perishable agricultural commodities purchased from Plaintiff by Defendant CONTINENTAL FOOD GROUP, LLC, and concurrently seeking injunctive relief for preservation of PACA trust assets.

**WHEREAS**, the scheduling order in this action required that pleadings be filed by defendants in response to the intervenors' complaints no later than July 15, 2005.

**WHEREAS**, pursuant to the parties' agreement that convenience of the parties and judicial economy would be furthered by postponing the filing and service of responsive pleadings, the Court entered an Order pursuant to Stipulation on July 15, 2005, extending the time for any response to the Complaints in Intervention up to and including August 15, 2005.

**WHEREAS**, the defendants circulated a settlement proposal for consideration by the claimants which would provide for a global settlement based on funds expected to be received by the CFG PACA Trust from litigation in a separate PACA action in New York, in which CFG is a claimant, by December, 2005, which proposal has been accepted by the claimants.

**WHEREAS**, the defendants most recently obtained an extension of time, pursuant to stipulation, to November 14, 2005, to respond to the PACA claimants' complaints in intervention in the hopes that all documents would be signed and defendants' settlement monies transferred by that time.

**WHEREAS**, on November 3, 2005, the Court entered an order approving the parties' stipulation to transfer certain funds owed to the Continental Food Group PACA trust awarded in the PJ's Produce litigation in New York, which funds represent the bulk of the settlement fund in this matter;

**WHEREAS,** individual defendant Lonnie Guzman has forwarded his share of the individual defendants' contribution to the settlement fund, New Leaf's share has been deposited into New Leaf's counsel's trust account to be forwarded to the PACA trustee, Brad Cornell of Choate & Choate, counsel for trustee, and remaining contributing defendant Ki Thompson has represented that he will make his contribution within the next two weeks, at which time the defendants will be prepared to perform under the settlement agreement.

**WHEREAS,** the parties agree that convenience of the parties and judicial economy will be served by further extending the time for defendants to respond to the complaints in intervention to December 15, 2005.

**IT IS HEREBY STIPULATED** by, between and among the parties hereto, that the time for NEW LEAF to respond to the Complaints in Intervention listed in Exhibit "A" attached hereto shall be extended to and including December 15, 2005.

Dated: November ___, 2005.   Kimble, MacMichael & Upton

By:__/s/ Christopher E. Seymour
    Christopher E. Seymour

Dated: November ___, 2005.   Farley Law Firm

By:__/s/ Michael Farley
    Michael Farley

Dated: November ___, 2005.   Choate & Choate

By:__/s/ Bradley L. Cornell
    Bradley L. Cornell

Dated: November ___, 2005.   Rynn & Janowsky

By:__/s/ Bart M. Botta
    Bart M. Botta

Dated: November ___, 2005.   Ledford Law Corporation

By:__/s/ Merl Ledford
    Merl Ledford, III

Dated: November ___, 2005.   Rojas Santos Stokes & Garcia LLP

By:__/s/ Craig A. Stokes
    Craig A. Stokes

Dated: November ___, 2005.   Meuers Law Firm, P.L.

By:__/s/ Lawrence H. Meuers
    Lawrence H. Meuers

Dated: November ___, 2005.   Tyre Kamins Katz Granof & Menes

By:__/s/ Alan J. Cohen
    Alan J. Cohen

## **EXHIBIT "A"**

Complaint in Intervention filed by DNE World Fruit Sales dba of Bernard Egan & Company;

Complaint in Intervention of Stevco, Inc. for Violations of the Perishable Agricultural Commodities Act;

Complaint in Intervention by PACA Trust Claimant Euro-Pacific Fruit Export, Inc.;

First Amended Complaint in Intervention for Violations of the Perishable Agricultural Commodities Act, filed by Unimark Foods, Inc.;

Complaint in Intervention filed on behalf of A-W Produce Company;

Complaint in Intervention filed on behalf of Citricos Cortes SPR de RI; and

Complaint filed by Four Seasons Produce in the above-captioned matter.

Complaint in Intervention filed on behalf of James Abbate dba Pacific Sales Company.

## **ORDER**

Having read and considered the above stipulation and good cause appearing therefore,

**IT IS ORDERED** that Defendants LIONEL R. GUZMAN, KI THOMPSON and NEW LEAF shall have to and including December 15, 2005 to file and serve responsive pleadings to the Complaints in Intervention listed on Exhibit "A" hereto.

IT IS SO ORDERED.

**Dated:   November 15, 2005           /s/ Lawrence J. O'Neill**
66h44d                                     UNITED STATES MAGISTRATE JUDGE