JON WALLACE UPTON  46089
CHRISTOPHER E. SEYMOUR  126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for **Defendant/Cross-Defendant,**
**NEW LEAF TREE FRUIT, LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | Case No.: **CIV-F-03-6374 LJO** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINTS IN INTERVENTION** |
| CONTINENTAL FOOD GROUP, LLC, limited liability company; KI THOMPSON, an individual; LIONEL R. GUZMAN, an individual; NEW LEAF TREE FRUIT, LLC, a limited liability company, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

**WHEREAS**, Plaintiff FOUR SEASONS PRODUCE, INC. initiated this action on October 6, 2003, by filing a Complaint against various Defendants, including NEW LEAF TREE FRUIT, LLC ("NEW LEAF") alleging violations of PACA trust provisions for perishable agricultural commodities purchased from Plaintiff by Defendant CONTINENTAL FOOD GROUP, LLC, and concurrently seeking injunctive relief for preservation of PACA trust assets.

**WHEREAS**, the scheduling order in this action required that pleadings be filed by defendants in response to the intervenors' complaints no later than July 15, 2005.

**WHEREAS**, pursuant to the parties' agreement that convenience of the parties and judicial economy would be furthered by postponing the filing and service of responsive pleadings, the Court entered an Order pursuant to Stipulation on July 15, 2005, extending the time for any response to the Complaints in Intervention up to and including August 15, 2005.

**WHEREAS**, the defendants circulated a settlement proposal for consideration by the claimants which would provide for a global settlement based on funds expected to be received by the CFG PACA Trust from litigation in a separate PACA action in New York, in which CFG is a claimant, by December, 2005, which proposal has been accepted by the claimants.

**WHEREAS**, the defendants most recently obtained an extension of time, pursuant to stipulation, to December 15, 2005, to respond to the PACA claimants' complaints in intervention in the hopes that all documents would be signed and defendants' settlement monies transferred by that time.

**WHEREAS**, on November 3, 2005, the Court entered an order approving the parties' stipulation to transfer certain funds owed to the Continental Food Group PACA trust awarded in the PJ's Produce litigation in New York, which funds represent the bulk of the settlement fund in this matter;

**WHEREAS,** individual defendants Lonnie Guzman and New Leaf have forwarded their share of the individual defendants' contribution to the PACA trustee, Brad Cornell of Choate & Choate, but remaining contributing defendant Ki Thompson has failed to deposit his share;

**WHEREAS**, due to defendant Thompson's failure to contribute his share, New Leaf desires to negotiate its own settlement with the creditors to be dismissed from this action;

**WHEREAS,** the parties agree that convenience of the parties and judicial economy will be served by further extending the time for defendant New Leaf to respond to the complaints in intervention to January 31, 2005.

**IT IS HEREBY STIPULATED** by, between and among the parties hereto, that the time for NEW LEAF to respond to the Complaints in Intervention listed in Exhibit "A" attached hereto shall be extended to and including January 31, 2005.

| | |
|---|---|
| Dated: December ___, 2005. | Kimble, MacMichael & Upton |
| | By: /s/ Christopher E. Seymour<br>Christopher E. Seymour |

///

| | |
|---|---|
| Dated: December ___, 2005. | Choate & Choate |
| | By: /s/ Bradley Cornell<br>Bradley L. Cornell |
| Dated: December ___, 2005. | Rynn & Janowsky |
| | By: /s/ Bart Botta<br>Bart M. Botta |
| Dated: December ___, 2005. | Ledford Law Corporation |
| | By:_____<br>Merl Ledford, III |
| Dated: December ___, 2005. | Rojas Santos Stokes & Garcia LLP |
| | By: /s/ Craig Stokes<br>Craig A. Stokes |
| Dated: December ___, 2005. | Meuers Law Firm, P.L. |
| | By: /s/ Lawrence Meuers<br>Lawrence H. Meuers |
| Dated: December ___, 2005. | Tyre Kamins Katz Granof & Menes |
| | By: /s/ Alan Cohen<br>Alan J. Cohen |

**ORDER**

Having read and considered the above stipulation and good cause appearing therefore,

**IT IS ORDERED** that Defendant NEW LEAF shall have to and including January 31, 2005 to file and serve responsive pleadings to the Complaints in Intervention listed on Exhibit "A" hereto.

# **EXHIBIT "A"**

Complaint in Intervention filed by DNE World Fruit Sales dba of Bernard Egan & Company;

Complaint in Intervention of Stevco, Inc. for Violations of the Perishable Agricultural Commodities Act;

Complaint in Intervention by PACA Trust Claimant Euro-Pacific Fruit Export, Inc.;

First Amended Complaint in Intervention for Violations of the Perishable Agricultural Commodities Act, filed by Unimark Foods, Inc.;

Complaint in Intervention filed on behalf of A-W Produce Company;

Complaint in Intervention filed on behalf of Citricos Cortes SPR de RI;

Complaint in Intervention filed on behalf of James Abbate dba Pacific Sales Company; and

Complaint filed by Four Seasons Produce in the above-captioned matter.

\<End of Exhibit>

IT IS SO ORDERED.


Dated:   **December 16, 2005**              **/s/ Lawrence J. O'Neill**

66h44d                                      UNITED STATES MAGISTRATE JUDGE