JON WALLACE UPTON  46089
CHRISTOPHER E. SEYMOUR  126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for **Defendant/Cross-Defendant,**
**NEW LEAF TREE FRUIT, LLC**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | Case No.: **CIV-F-03-6374 LJO** |
| Plaintiff, | |
| vs. | **ORDER DETERMINING GOOD FAITH SETTLEMENT** |
| CONTINENTAL FOOD GROUP, LLC, limited liability company; KI THOMPSON, an individual; LIONEL R. GUZMAN, an individual; NEW LEAF TREE FRUIT, LLC, a limited liability company, | **[CCP Sec. 877.6(a)(2)]** |
| | **[No Hearing Requested]** |
| Defendants. | **Judge: Hon. Lawrence J. O'Neill** |
| AND RELATED COMPLAINTS-IN-INTERVENTION. | |

      The Application of defendants New Leaf Tree Fruit, LLC and Lionel R. Guzman, dated February 14, 2006, for an order determining the good faith of a settlement having been presented to this court; and

      IT APPEARING TO THE SATISFACTION OF THE COURT THAT the said Application is made pursuant to Code of Civil Procedure Section 877.6(a)(2); and that copies of the said Application, together with a Notice of Settlement, and a copy of this Order were served by certified mail with return receipt requested on this Court and all

parties to this action on February 14, 2006; and that no notice of motion to contest the good faith of the said settlement has been served or filed within the time allowed by Code of Civil Procedure Section 877.6(a)(2); and that no confidentiality clause of any kind is contained in the said settlement agreement;

NOW, THEREFORE, IT IS ORDERED that the settlement agreement described in the said Application was made and entered into in good faith between the parties to the agreement, within the meaning and effect of Code of Civil Procedure Section 877.6, <u>except</u> as to any claims of Chapter 7 Debtor Continental Food Group, LLC.

IT IS SO ORDERED.

**Dated:   March 14, 2006**                   /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE