1  Joseph Choate, Jr., 039018
   Bradley L. Cornell, 162384
2  CHOATE & CHOATE
   523 West Sixth Street, Suite 541
3  Los Angeles, California 90014-1225

4  Telephone: (213) 623-2297
   Facsimile: (213) 623-6429
5

6  Counsel for Plaintiff
   Four Seasons Produce, Inc.
7  and Plaintiff-in-Intervention
   Stevco, Inc.
8

9              UNITED STATES DISTRICT COURT FOR THE
10
        EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
11

12
   FOUR SEASONS PRODUCE, INC.,    )  Case No. CIV-F-03-6374 LJO
13                                )
                    Plaintiff,    )  [Lawrence J. O'Neill]
14                                )
              vs.                 )  **STIPULATION OF PARTIES AND**
15                                )  **ORDER FOR THIRD INTERIM**
                                  )  **DISTRIBUTION, APPROVAL OF**
16 CONTINENTAL FOOD GROUP, LLC,   )  **TRUSTEE FEES, DISMISSAL OF**
   etc., et al.,                  )  **DEFENDANTS NEW LEAF TREE FRUIT**
17                                )  **COMPANY, LLC AND LIONEL R.**
                    Defendants.   )  **GUZMAN**
18 _____   )
                                  )
19 AND RELATED COMPLAINTS IN      )
   INTERVENTION                   )
20 _____   )

21

22                          Recitals

23      1.  Plaintiffs Four Seasons Produce, Inc., DNE World Fruit

24 Sales dba of Bernard Egan & Company, Stevco, Inc., Euro-Pacific

25 Fruit Export, Inc., Unimark Foods, Inc., A-W Produce Company,

26 Citricos Cortes SPR de Ri, Anthony Vineyards, Inc., Suntreat

27 Packing & Shipping Company, and James Abbate dba Pacific Sales

28 Company ("plaintiffs") on the one hand and New Leaf Tree Fruit,

                             1.
   _____
   STIPULATION OF PARTIES AND ORDER FOR THIRD INTERIM DISTRIBUTION, APPROVAL OF TRUSTEE FEES,
        DISMISSAL OF DEFENDANTS NEW LEAF TREE FRUIT COMPANY, LLC AND LIONEL R. GUZMAN

1  LLC ("New Leaf") and Lionel R. Guzman ("Guzman") (collectively,

2  "settling defendants") on the other have entered into a

3  settlement agreement ("Settlement Agreement") settling their

4  claims against one another, providing for distribution of funds

5  currently held by the trustee in this action, and dismissing

6  settling defendants from this action.

7      2.  The Settlement Agreement was contingent upon settling

8  defendants obtaining an order for good faith settlement.

9      3.  On March 14, 2006 the court granted settling defendants

10 application for an order for good faith settlement pursuant to

11 Calif. Code Civ. Proc. § 877.6(a)(2).

12

13                          Stipulation

14     Accordingly, the parties now enter into the following

15 stipulation pursuant to the terms of the Settlement Agreement and

16 the terms of the Order on the Second Amended and Restated

17 Stipulation for Preliminary Injunction (Preliminary Injunction

18 Order):

19     1.  The parties approve distribution as provided in the PACA

20 Trust Chart re Third Interim Distribution attached hereto as

21 **Exhibit A**.

22     2.  Distribution by the trustee shall be made within two

23 days of the court's order on this stipulation.

24     3.  On August 16, 2004, Bradley L. Cornell was appointed to

25 act as PACA trustee under the Preliminary Injunction Order and

26 has acted in that capacity since appointment.  The Preliminary

27 Injunction Order provides for compensation to the trustee at the

28 rate of $250.00 per hour payable on stipulation of the parties or

2.

1   application to the court.  The parties hereby approve the

2   compensation requested by the trustee in the amount of $23,206.77

3   for fees and costs from the date of appointment as detailed in

4   monthly invoices attached hereto as **Exhibit B**.  The trustee is

5   entitled to payment from funds in the PACA Trust account, which

6   amount is reflected in the PACA Trust Chart re Third Interim

7   Distribution attached hereto.

8       4.  Pursuant to the Settlement Agreement, plaintiffs hereby

9   dismiss with prejudice settling defendants New Leaf Tree Fruit,

10  LLC and Lionel R. Guzman <u>only</u> pursuant to <u>Fed. Rule of Civil

11  Proc</u>. 41(a).

12

13  **IT IS SO STIPULATED:**

14

15  Dated: March 20, 2006        CHOATE & CHOATE

16

17

18                               _____
                                 Bradley L. Cornell
                                 Counsel for Plaintiffs,
19                               Four Seasons Produce, Inc. and
                                 Stevco, Inc.
20

21  Dated: March 20, 2006        FARLEY LAW FIRM

22

23

24                               _____
                                 Michael L. Farley
                                 Counsel for Defendants Continental
25                               Food Group, LLC, Ki Thompson, and
                                 Lionel Guzman
26

27

28

3.
_____
**STIPULATION OF PARTIES AND ORDER FOR THIRD INTERIM DISTRIBUTION, APPROVAL OF TRUSTEE FEES,
DISMISSAL OF DEFENDANTS NEW LEAF TREE FRUIT COMPANY, LLC AND LIONEL R. GUZMAN**

1 Dated: March 20, 2006          KIMBLE, MACMICHAEL, & UPTON

2

3

4                                _____
                                 Jon Wallace Upton
                                 Christopher E. Seymour
5                                Counsel for Defendant New Leaf Tree
                                 Fruit Company, Inc.
6
   Dated: March 20, 2006          RYNN & JANOWSKY, LLP
7

8

9                                _____
                                 Bart M. Botta
10                               Counsel for Plaintiffs UniMark
                                 Foods, Inc.; Suntreat Packing &
11                               Shipping Company; and Anthony
                                 Vineyards
12
   Dated: March 20, 2006          SANTOS, STOKES, LLP
13

14

15                               _____
                                 Craig A. Stokes
16                               Counsel for Intervenors Citricos
                                 Cortes SPR de RI and A-W Produce
17                               Company

18 Dated: March 20, 2006          LEDFORD LAW CORPORATION

19

20

21                               _____
                                 Merl Ledford, III
                                 Counsel for Euro-Pacific Fruit
22                               Export, Inc.

23 Dated: March 20, 2006          MEUERS LAW FIRM, P.L.

24

25

26                               _____
                                 Lawrence H. Meuers
                                 Counsel for DNE World Fruit Sales
27                               d/b/a of Bernard Egan & Company

28

4.

_____
**STIPULATION OF PARTIES AND ORDER FOR THIRD INTERIM DISTRIBUTION, APPROVAL OF TRUSTEE FEES,
DISMISSAL OF DEFENDANTS NEW LEAF TREE FRUIT COMPANY, LLC AND LIONEL R. GUZMAN**

1 | Dated: March 20, 2006          TYRE KAMINS KATZ GRANOF & MENES

2

3

4 |                                _____
   |                                Alan J. Cohen
5 |                                Counsel for James Abbate dba
   |                                Pacific Sales Company

6

7 |                            **O R D E R**

8

9 |     Having read and considered the above stipulation,

10 |     **IT IS HEREBY ORDERED** that:

11 |     1.   The proposed distribution as set out in the stipulation

12 | is approved.  Distribution by the trustee shall be made within

13 | two days of the court's order on this stipulation.

14 |     2.   The trustee is authorized to pay to himself from the

15 | PACA Trust Account the sum of $23,206.77 on account of fees and

16 | costs incurred as set out in the stipulation.

17 |     3.   Settling defendants New Leaf Tree Fruit, LLC and Lionel

18 | R. Guzman <u>only</u> are hereby dismissed with prejudice pursuant to

19 | <u>Fed. Rule of Civil Proc</u>. 41(a).

20 |     IT IS SO ORDERED.

21 | **Dated:   March 28, 2006**          **/s/ Lawrence J. O'Neill**
   | 66h44d                           UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

5.

_____
STIPULATION OF PARTIES AND ORDER FOR THIRD INTERIM DISTRIBUTION, APPROVAL OF TRUSTEE FEES,
DISMISSAL OF DEFENDANTS NEW LEAF TREE FRUIT COMPANY, LLC AND LIONEL R. GUZMAN