Lawrence H. Meuers, Esq. (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court

Naples, FL 34109
Telephone:  (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for Intervening Plaintiff
DNE World Fruit Sales
d/b/a of Bernard Egan & Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | Case No.:  CIV-F-03-6374 REC LJO |
| Plaintiff, | |
| vs. | Judge Lawrence J. O'Neill |
| CONTINENTAL FOOD GROUP, LLC, etc., et al., | |
| Defendants. | |
| DNE WORLD FRUIT SALES D/B/A OF BERNARD EGAN & COMPANY, a Florida Corporation, | |
| Intervening Plaintiff | |
| vs. | STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| CONTINENTAL FOOD GROUP, LLC, a California Limited Liability Company; KI THOMPSON, an Individual; LIONEL R. GUZMAN, an individual; and NEW LEAF TREE FRUIT COMPANY, LLC, a California Limited Liability Company, | |
| Defendants | |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules

of Civil Procedure Intervening Plaintiff, DNE World Fruit Sales d/b/a Bernard Egan &

Company ("DNE"), and Defendant, Ki Thompson, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of the Complaint filed by DNE without prejudice against Defendant, Ki Thompson.  Each party is to bear its own costs.

**ORDER:**

Upon execution of this Stipulation by the parties hereto, the above-entitled lawsuit against Defendant, Ki Thompson, is dismissed without prejudice.  Each party is to bear its own attorneys' fees and costs.

### STIPULATED BY THE PARTIES:

Dated:  July 21, 2006                              Dated:  July 21, 2006

By: s/Lawrence H. Meuers              By: s/Michael L. Farley
Lawrence H. Meuers                          Michael L. Farley, Esq.
Meuers Law Firm, P.L.                       Farley Law Firm
Fla. Bar No. 0934879                         1000 West Main Street
5395 Park Central Court                     Visalia, CA  93291
Naples, FL   34109
Telephone: (239) 513-9191              Attorneys for Defendant, Ki Thompson
Facsimile:  (239) 513-9677

Attorneys for Intervening Plaintiff,
DNE World Fruit Sales d/b/a Bernard
Egan & Company

IT IS SO ORDERED.

**Dated:     July 21, 2006              /s/ Lawrence J. O'Neill**
66h44dUNITED STATES MAGISTRATE JUDGE