1  Joseph Choate, Jr., 039018
   Bradley L. Cornell, 162384
2  CHOATE & CHOATE
   523 West Sixth Street, Suite 541
3  Los Angeles, California 90014-1225

4  Telephone: (213) 623-2297
   Facsimile: (213) 623-6429

6  Counsel for Plaintiff
   Four Seasons Produce, Inc.
7  and Plaintiff-in-Intervention
   Stevco, Inc.

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC., ) | Case No. CIV-F-03-6374 LJO |
| ) | |
| Plaintiff, ) | [Lawrence J. O'Neill] |
| ) | |
| vs. ) | **STIPULATION OF PARTIES FOR** |
| ) | **DISMISSAL AND FOR AUTHORITY FOR** |
| ) | **TRUSTEE TO MAKE FUTURE** |
| CONTINENTAL FOOD GROUP, LLC, ) | **DISTRIBUTIONS OF PACA TRUST** |
| etc., et al., ) | **ASSETS; [PROPOSED] ORDER** |
| ) | **THEREON** |
| Defendants. ) | |
| _____ ) | |
| AND RELATED COMPLAINTS IN ) | |
| INTERVENTION ) | |
| _____ ) | |

<u>Recitals</u>

1.   Plaintiff Four Seasons Produce, Inc., filed the within action on October 6, 2003 seeking enforcement of the statutory trust established under the Perishable Agricultural Commodities Act "PACA" (7 U.S.C. §499e(c)) for payment of produce delivered by Four Seasons to defendant Continental Food Group, LLC ("Continental").  In addition, plaintiff alleged that defendants

1.

---
**STIPULATION OF PARTIES FOR DISMISSAL AND FOR AUTHORITY FOR TRUSTEE TO MAKE FUTURE DISTRIBUTIONS OF PACA TRUST ASSETS**

1  Ki Thompson ("Thompson"), Lionel Guzman ("Guzman"), and New Leaf
2  Tree Fruit Company, LLC ("New Leaf") were persons or entities in
3  positions of control over PACA trust assets and were therefore
4  liable for unpaid PACA debts of Continental until full payment
5  was made to all of Continental's qualified PACA trust creditors.
6       2.   Pursuant to stipulation of the parties, the court has
7  ordered and modified several preliminary injunction orders
8  restraining defendants' dissipation of PACA trust assets and
9  establishing a procedure by which all qualified PACA trust
10 creditors could intervene and participate in the distribution of
11 Continental's PACA trust assets.  The currently operative
12 preliminary injunction is the <u>Second Amended and Restated</u>
13 <u>Preliminary Injunction</u> and order thereon dated August 16, 2004.
14      3.   Pursuant to the <u>Second Amended and Restated Preliminary</u>
15 <u>Injunction</u> the following additional PACA trust creditors
16 intervened in the action: DNE World Fruit Sales dba of Bernard
17 Egan & Company; Stevco, Inc.; Euro-Pacific Fruit Export, Inc.;
18 Unimark Foods, Inc.; A-W Produce Company; Citricos Cortes SPR de
19 Ri; Anthony Vineyards, Inc.; Suntreat Packing & Shipping Company;
20 and James Abbate dba Pacific Sales Company ("plaintiffs").
21      4.   Following the claims procedure established in the
22 <u>Second Amended and Restated Preliminary Injunction</u>, the PACA
23 trust assets of Continental have been collected and distributed
24 on a pro rata basis to Continental's intervening PACA trust
25 creditors.
26      5.   On March 14, 2006 the court entered an <u>Order</u>
27 <u>Determining Good Faith Settlement</u> approving the settlement
28 agreement between all plaintiffs and defendants New Leaf and

2.

---

**STIPULATION OF PARTIES FOR DISMISSAL AND FOR AUTHORITY FOR TRUSTEE TO MAKE FUTURE DISTRIBUTIONS OF PACA TRUST ASSETS**

1 Guzman.  Monetary sums paid by defendants New Leaf and Guzman
2 under the settlement agreement were distributed on a pro rata
3 basis to Continental's intervening PACA trust claimants.
4 Pursuant to the settlement agreement and by order dated March 28,
5 2006, defendants New Leaf and Guzman were dismissed with
6 prejudice from the action.
7       6.    On June 2, 2006 intervening plaintiff A-W Produce
8 Company filed a <u>Stipulation of Dismissal without Prejudice of
9 Remaining Claims</u> as to the sole remaining defendant Thompson.
10 The court has not entered an order on the stipulation.
11      7.    On July 21, 2006 intervening plaintiff DNE world fruit
12 sales d/b/a Bernard Egan & Company filed a <u>Stipulation and
13 Proposed Order for Voluntary Dismissal without Prejudice</u> as to
14 the remaining defendant Thompson which the court entered on July
15 24, 2006.
16      8.    All remaining plaintiffs now desire to dismiss the
17 within action without prejudice as to the remaining defendant
18 Thompson as set forth below.
19
20                          Stipulation
21    NOW THEREFORE, Four Seasons Produce Co., Inc.; Stevco, Inc.;
22 Euro-Pacific Fruit Export, Inc.; Unimark Foods, Inc.; A-W Produce
23 Company; Citricos Cortes SPR de Ri; Anthony Vineyards, Inc.;
24 Suntreat Packing & Shipping Company; and James Abbate dba Pacific
25 Sales Company ("Remaining Plaintiffs") on the one hand and
26 defendant Ki Thompson on the other, by and through their
27 respective counsel of record, hereby stipulate as follows:
28

3.

1    1.   The complaint is voluntarily dismissed By Remaining Plaintiffs without prejudice to as to the remaining defendant Ki Thompson.

2.   To the extent the trustee receives further PACA trust assets of Continental, the trustee shall distribute such assets according to the provisions of the <u>Second Amended and Restated Stipulation for Preliminary Injunction</u>.

3.   The case shall be administratively closed.  The court shall retain jurisdiction to enforce the provisions of this stipulation.

**IT IS SO STIPULATED:**

Dated: September 1, 2006            CHOATE & CHOATE


_____
Bradley L. Cornell
Counsel for Plaintiffs,
Four Seasons Produce, Inc. and
Stevco, Inc.


Dated: September 1, 2006            FARLEY LAW FIRM


_____
Michael L. Farley
Counsel for Defendants Continental
Food Group, LLC, Ki Thompson, and
Lionel Guzman

4.

**STIPULATION OF PARTIES FOR DISMISSAL AND FOR AUTHORITY FOR TRUSTEE TO MAKE FUTURE DISTRIBUTIONS OF PACA TRUST ASSETS**

```
 1  Dated: September 1, 2006        RYNN & JANOWSKY, LLP
 2
 3
                                    _____
 4                                  Bart M. Botta
                                    Counsel for Plaintiffs UniMark
 5                                  Foods, Inc.; Suntreat Packing &
                                    Shipping Company; and Anthony
 6                                  Vineyards
 7
 8  Dated: September 1, 2006        SANTOS, STOKES, LLP
 9
10
11                                  _____
                                    Craig A. Stokes
                                    Counsel for Intervenors Citricos
12                                  Cortes SPR de RI and A-W Produce
                                    Company
13
14
    Dated: September 1, 2006        LEDFORD LAW CORPORATION
15
16
17                                  _____
                                    Merl Ledford, III
18                                  Counsel for Euro-Pacific Fruit
                                    Export, Inc.
19
20
    Dated: September 1, 2006        TYRE KAMINS KATZ GRANOF & MENES
21
22
23                                  _____
                                    Alan J. Cohen
24                                  Counsel for James Abbate dba
                                    Pacific Sales Company
25
26
27
28
```

5.

**STIPULATION OF PARTIES FOR DISMISSAL AND FOR AUTHORITY FOR TRUSTEE TO MAKE FUTURE DISTRIBUTIONS OF PACA TRUST ASSETS**

**O R D E R**

Having read and considered the above stipulation,

**IT IS HEREBY ORDERED** that:

1. The complaint is dismissed without prejudice to as to defendant Ki Thompson.

2. To the extent the trustee receives further PACA trust assets of Continental, the trustee shall distribute such assets according to the provisions of the <u>Second Amended and Restated Stipulation for Preliminary Injunction</u>.

3. This case shall be administratively closed. The court shall retain jurisdiction to enforce the provisions of this stipulation.

IT IS SO ORDERED.

**Dated:   September 6, 2006**          /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE